## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.: 22-CR-00205-TJK |
| v. | 40 U.S.C. § 5104(e)(2)(G) |
| **PATRICK KING** | |
| Defendant. | |

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Patrick King, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the United States Capitol on January 6, 2021*

1. The United States Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by United States Capitol Police (USCP). Restrictions around the United States Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the United States Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting

in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the United States Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the United States Capitol, and USCP officers were present and attempting to keep the crowd away from the United States Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the United States Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the United States Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the United States Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the United States Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7.  Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the United States Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the United States Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Patrick King's Participation in the January 6, 2021, Capitol Riot*

8.  The defendant, Patrick King, who lives in the State of Washington, traveled to Washington, D.C., prior to January 6 with his co-defendant, Brian Jones. The purpose of King's trip was to protest Congress' certification of the Electoral College.

9.  In the afternoon of January 6, King made his way to the east side of the United States Capitol building. A police barricade was toppled in that area, which allowed rioters to ascend the east steps that led to the Rotunda Doors. The Rotunda Doors were breached three separate times by rioters between 2:25 PM and 3:30 PM. Law enforcement officers attempted to keep the rioters away and keep the Rotunda Doors secured. However, the rioters were able to push past the officers and access the building.

10. The second breach of the Rotunda Doors occurred at approximately 2:38 PM. King and other rioters entered the building at approximately 2:45 PM as alarms sounded.

11. Upon entering, King met up with his co-defendant, Brian Jones, and they walked through the Rotunda and adjoining hallways. King smoked marijuana while inside the Capitol. King eventually exited the building through the Hall of Column doors located on the southside of the Capitol building at approximately 3:02 PM.

### *Elements of the Offense*

12. King knowingly and voluntarily admits to all the elements of Parading, Demonstrating, and Picketing in the United States Capitol building. Specifically, King admits that he willfully and knowingly entered the United States Capitol building knowing that that he did not have permission to do so. King further admits that while inside the United States Capitol building, he willfully and knowingly paraded, demonstrated, or picketed.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ *Matthew Moeder*
MATTHEW MOEDER
Assistant United States Attorney
Missouri Bar #: 64036
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
(816) 426-4103
Matthew.Moeder@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Patrick King, have read this Statement of the Offense and have discussed it with n attorney. I fully understand this Statement of the Offense. I agree and acknowledge by n signature that this Statement of the Offense is true and accurate. I do this voluntarily and of n own free will. No threats have been made to me nor am I under the influence of anything that cou impede my ability to understand this Statement of the Offense fully.

Date: 1/3/23

Patrick King
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I conc in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 2/10/23

Peter Cooper
Attorney for Defendant

5